BEFORE THE SECOND DIVISION, MARCH 22, 1939

**No. 40891.**—Protest 846554–G of J. L. Hudson Co. (*Detroit*).

Opinion by KINCHELOE, J.   The only evidence offered is samples of the merchandise.   On the record presented the protest was overruled.

**No. 40892.**—Protests 289968–G, etc., of Henry Kayser & Fils, Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 40893.**—Protest 807785–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that certain items consist of brass base shells similar to those the subject of Abstract 37615.   The claim at 35 percent under paragraph 353 was therefore sustained.   Marcel irons similar to those the subject of Abstract 38680 were held dutiable as household utensils at 40 percent under paragraph 339.

**No. 40894.**—Protests 728018–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the bookends and photo frames in question, plated with silver, were held dutiable at 50 percent under paragraph 339 as claimed.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (T. D. 47857) cited.

**No. 40895.**—Protests 707122–G, etc., of Schear & Schrader (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel certain paper weights were held dutiable as household utensils at 40 percent ad valorem under paragraph 339 and photo frames, vases, candlesticks, and paper weights, plated with silver, were held dutiable at 50 percent under the same paragraph. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

**No. 40896.**—Protests 611916–G, etc., of Globe Shipping Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of photo frames, calendars, letter openers, atomizers, bookends, pen stands, paper weights, salt shakers, boxes, coaster set, and match holders chiefly used on the table or in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.